# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Erik E Sanchez aka Erik Edwardo Sanchez Vazquez aka Erik Mordan**

            **Debtor(s)**

**BK NO. 24-00065 HWV**

**Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

                                         Respectfully submitted,

                                         /s/ *Denise Carlon*
                                         Denise Carlon
                                         29 Jan 2024, 18:09:26, EST

                                       KML Law Group, P.C.
                                       BNY Mellon Independence Center
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106
                                       215-627-1322