# IN THE UNITED STATES BANKRUPTCY COURT
## OF THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:             :
**ERIK E. SANCHEZ**     :     **CHAPTER 13**
**a/k/a ERIK EDWARDO SANCHEZ**   :
**VAZQUEZ**           :     **CASE NO. 1:23-bk-00065**
**a/k/a ERIK MORDAN**     :
          **Debtor**     :

## CERTIFICATE OF SERVICE

I, Bernadette A. Davis, Paralegal of Imblum Law Offices, P.C. certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on the 2nd day of February, 2024, I served a copy of the within Chapter 13 Plan filed in this proceeding, on (name and address):

**JACK N. ZAHAROPOULOS**
**CHAPTER 13 TRUSTEE**
**VIA E-SERVICE**

**Midland Credit Management**
**8875 Aero Drive, Suite 200**
**San Diego, CA 92123**

       **OFFICER, MANAGING OR GENERAL AGENT,**
       **OR ANY OTHER AGENT AUTHORIZED BY**
       **APPOINTMENT, OR BY LAW, TO RECEIVE**
       **SERVICE OF PROCESS**

**Hayt, Hayt & Landau, LLC**
**PO Box 500**
**Eatontown, NJ 07724**

       **OFFICER, MANAGING OR GENERAL AGENT,**
       **OR ANY OTHER AGENT AUTHORIZED BY**
       **APPOINTMENT, OR BY LAW, TO RECEIVE**
       **SERVICE OF PROCESS**

the said Claimant(s) in this proceeding by United States Mail, first class, postage prepaid, at Harrisburg, Dauphin County, Pennsylvania.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on <u>February 2, 2024</u>      */s/ Bernadette A. Davis*
         **(Date)**              **(Signature)**

<u>**Imblum Law Offices, P.C., 4615 Derry Street, Harrisburg, Dauphin County, Pennsylvania**</u>
**\*\*State post office address**