UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

ERIK E SANCHEZ

CASE NO: 1:24-bk-00065 HWV

**DECLARATION OF MAILING**
**CERTIFICATE OF SERVICE**
Chapter: 13

On 2/26/2024, I did cause a copy of the following documents, described below,

Notice of Rescheduled Creditors Meeting

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/26/2024

/s/ Gary J. Imblum
Gary J. Imblum  42606

Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA  17111
717 238 5250
sharlene.miller@imblumlaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

ERIK E SANCHEZ

CASE NO: 1:24-bk-00065 HWV

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 2/26/2024, a copy of the following documents, described below,

Notice of Rescheduled Creditors Meeting

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/26/2024

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Gary J. Imblum
Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA 17111

| | | | |
|---|---|---|---|
| Debtor 1: | Erik E Sanchez | Social Security number or ITIN: | xxx–xx–9891 |
| | First Name    Middle Name    Last Name | EIN: __–_____ | |
| Debtor 2: | | Social Security number or ITIN: ____ | |
| (Spouse, if filing) | First Name    Middle Name    Last Name | EIN: __–_____ | |
| United States Bankruptcy Court: | Middle District of Pennsylvania | Date case filed for chapter: | 13    1/11/24 |
| Case number: | 1:24–bk–00065–HWV | | |

## Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

04/19/21

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Erik E Sanchez | |
| 2. | **All other names used in the last 8 years** | aka Erik Edwardo Sanchez Vazquez, aka Erik Mordan | |
| 3. | **Address** | 70 McClellan Lane<br>Hanover, PA 17331 | |
| 4. | **Debtor's attorney**<br>Name and address | Gary J Imblum<br>Imblum Law Offices, P.C.<br>4615 Derry Street<br>Harrisburg, PA 17111 | Contact phone 717 238–5250<br><br>Email:  gary.imblum@imblumlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Jack N Zaharopoulos<br>Standing Chapter 13<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | Contact phone 717–566–6097<br><br>Email:  info@pamd13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at  pacer.uscourts.gov. | Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102 | Hours open:<br><br>Monday – Friday 9:00 AM to 4:00 PM<br><br>Contact phone (717) 901–2800<br><br>Date: 2/26/24 |

**For more information, see page 2**

**Receiving Court Issued Orders and Notices by E-Mail:**    (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn–form), with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you Court Issued Orders and Notices by E-Mail.

| 7. Meeting of creditors Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **Date: March 21, 2024 at 10:30 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. ***Valid photo identification and proof of social security number are required*** | Location: Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1–267–552–4885 For additional meeting information go to https://www.justice.gov/ust/moc |
|---|---|---|

| 8. Deadlines The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:** **You must file:** <br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or <br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 4/22/24** |
|---|---|---|
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 3/21/24** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 7/9/24** |
| | **Deadlines for filing proof of claim:** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 9. Filing of plan | The debtor has filed a plan. The plan and notice of confirmation hearing will be sent separately. |
|---|---|
| 10. Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 11. Filing a chapter 13 bankruptcy case | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. |
| 12. Exempt property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. |
| 13. Discharge of debts | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy court's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO
  LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 124-BK-00065 HWV
MIDDLE DISTRICT OF PENNSYLVANIA
MON FEB 26 10-8-55 PST 2024

~~EXCLUDE~~
~~(U)MIDFIRST BANK~~

~~EXCLUDE~~
~~US BANKRUPTCY COURT~~
~~SYLVIA H RAMBO US COURTHOUSE~~
~~1501 N 6TH STREET~~
~~HARRISBURG  PA 17102-1104~~

ACCOUNT RESOLUTION SERVICES
ATTN BANKRUPTCY
PO BOX 459079
SUNRISE  FL 33345-9079

ADAM R WILK ESQUIRE
10615 JUDICIAL DRIVE 303
FAIRFAX  VA 22030-7500

ADAM WILK
CO RATHBONE GROUP  LLC
1250 GRANGER ROAD
BROOKLYN HEIGHTS  OH 44131-1234

ADVANCED RADIOLOGY OF PA
26999 NETWORK PLACE
CHICAGO  IL 60673-1269

AFFILIATE ASSET SOLUTIONS LLC
145 TECHNOLOGY PKWY NW
STE 100
NORCROSS  GA 30092-3536

AFNI
1310 MARTIN LUTHER KING DRIVE
POST OFFICE BOX 3068
BLOOMINGTON  IL 61702-3068

ARCADIA
POST OFFICE BOX 6768
READING  PA 19610-0768

BUREAU OF ACCOUNT MANAGEMENT
3607 ROSEMONT AVENUE
CAMP HILL  PA 17011-6904

BUREAU OF ACCOUNT MANAGMENT
3607 ROSEMONT AVE STE 502
PO BOX 8875
CAMP HILL  PA 17001-8875

BUSINESS REVENUE SYSTEMS INC
2102 S MAIN STREET
BURLINGTON  IA 52601-6528

CSPROF48
PO BOX 1280
OAKS  PA 19456-1280

CENTURYLINK
PO BOX 1319
CHARLOTTE  NC 28201-1319

CHEVY CHASE VILLAGE
PO BOX 10579
ROCKVILLE  MD 20849-0579

CINCINNATI INSURANCE CO
PO BOX 145496
CINCINNATI  OH 45250-5496

CITIBANKBEST BUY
CITICORP CREDIT SRVSCENTR BK DEPT
PO BOX 790034
ST LOUIS  MO 63179-0034

CITY OF REHOBOTH BEACH
1 CITY HALL DRIVE
PO BOX 1163
REHOBOTH BEACH  DE 19971-0803

COMPUTER CREDIT  INC
PO BOX 5238
WINSTON SALEM  NC 27113-5238

CONVERGENT OUTSOURCING INC
800 SW 39TH ST
POST OFFICE BOX 9004
RENTON  WA 98057-9004

CONVERGENT OUTSOURCING  INC
ATTN BANKRUPTCY
800 SW 39TH ST  STE 100
RENTON  WA 98057-4927

CREDIT ACCEPTANCE
ATTN BANKRUPTCY
25505 WEST 12 MILE ROAD STE 3000
SOUTHFIELD  MI 48034-8331

(P)CREDIT CONTROL  LLC
ATTN CORRESPONDENCE
3300 RIDER TRAIL S
SUITE 500
EARTH CITY MO 63045-1338

~~EXCLUDE~~
~~(D)(P)CREDIT CONTROL  LLC~~
~~ATTN CORRESPONDENCE~~
~~3300 RIDER TRAIL S~~
~~SUITE 500~~
~~EARTH CITY MO 63045-1338~~

DEPT OF MOTOR VEHICLES
PO BOX 37135
WASHINGTON  DC 20013-7135

DISCOVER BANK
DISCOVER PRODUCTS INC
PO BOX 3025
NEW ALBANY  OH  43054-3025

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

(P)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

DYNAMIC RECOVERY SOLUTIONS
135 INTERSTATE BOULEVARD
GREENVILLE SC 29615-5720

EMERGENCY MEDICAL ASSOC   CHC
29919 CENTURY BLVD
SUITE 200
GERMANTOWN  MD 20874-1118

(P)FIRSTCOLLECT  INC
ATTN FIRSTCOLLECT INC
P O BOX 102
LEWES DE 19958-0102

FRANKLIN  PROKOPIK PC
2 N CHARLES STREET  STE 600
BALTIMORE  MD 21201-3723

HRRG
PO BOX 8486
POMPANO BEACH  FL 33075-8486

(P)HALSTED FINANCIAL SERVICES  LLC
PO BOX 828
SKOKIE IL 60076-0828

HANOVER HOSPITALUPMC
300 HIGHLAND AVENUE
HANOVER  PA 17331-2203

HARRIS  HARRIS LTD
111 W JACKSON BLVD
STE 400
CHICAGO  IL 60604-4135

HAYT  HAYT  LANDAU LLC
MERIDIAN CENTER 1
2 INDUSTRAL WAY WEST
EATONTOWN  NJ 07724-2279

HAYT  HAYT  LANDAU LLC
POST OFFICE BOX 500
EATONTOWN  NJ 07724-0500

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA  PA 19101-7346

JCPENNEYGECRB
PO BOX 965005
ORLANDO  FL 32896-5005

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

~~EXCLUDE~~
~~(D)(P)JEFFERSON CAPITAL SYSTEMS LLC~~
~~PO BOX 7999~~
~~SAINT CLOUD MN 56302-7999~~

JESSE SANCHEZ
70 MCCLELLAN LANE
HANOVER  PA 17331-9327

KOHLSCAPITAL ONE
ATTN CREDIT ADMINISTRATOR
PO BOX 3043
MILWAUKEE  WI 53201-3043

LDC COLLECTION SYSTEMS
PO BOX 10579
ROCKVILLE  MD 20849-0579

LVNV FUNDING  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

LEVID VALLES
5621 LANDOVER ROAD
HYATTSVILLE  MD 20784-1228

LINEBARGER GOGGAN BLAIR
SAMPSON  LLC
1600 JOHN F KENNEDY BLVD
PHILADELPHIA  PA 19103-2852

(P)MANLEY DEAS KOCHALSKI LLC
ATTN BANKRUPTCY DEPT
1555 LAKE SHORE DRIVE
COLUMBUS OH 43204-3825

MCCARTHEY BURGESS WOLFF
26000 CANNON ROAD
BEDFORD  OH 44146-1807

MCKENZIE CAPITAL
3390 MARY STREET
SUITE 216
MIAMI  FL 33133-5258

MIDFIRST BANK
999 NORTHWEST GRAND BOULEVARD
OKLAHOMA CITY  OK 73118-6051

MIDLAND CREDIT MANAGEMENT
8875 AERO DRIVE  SUITE 200
SAN DIEGO  CA 92123-2255

MIDLAND CREDIT MANAGEMENT  INC
PO BOX 2037
WARREN  MI 48090-2037

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

MIDLAND FUND
ATTN BANKRUPTCY
350 CAMINO DE LA REINE  SUITE 100
SAN DIEGO  CA 92108-3007

MIDLAND MORTGAGE COMIDFIRST
ATTN CUSTOMER SERVICEBANKRUPTCY
PO BOX 26648
OKLAHOMA CITY  OK 73126-0648

NATIONAL ENTERPRISE SYSTEMS
2479 EDISON BLVD UNIT A
TWINSBURG OH 44087-2476

PA DEPARTMENT OF REVENUE
ATTN  BANKRUPTCY DIVISION
PO BOX 280946
HARRISBURG  PA 17128-0946

PA DEPT OF REVENUE
ATTN  BANKRUPTCY DIVISION
DEPT 280946
HARRISBURG  PA 17128-0946

(P)PENN CREDIT CORPORATION
PO BOX 69703
HARRISBURG PA 17106-9703

PENNSYLVANIA DEPARTMENT OF REVENUE
BANKRUPTCY DIVISION PO BOX 280946
HARRISBURG  PA  17128-0946

(P)PHOENIX FINANCIAL SERVICES LLC
PO BOX 361450
INDIANAPOLIS IN 46236-1450

PINNACLE HEALTH
PO BOX 826813
PHILADELPHIA  PA 19182-6813

(P)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

~~EXCLUDE~~
~~(U)PROFESSSIONAL ACCOUNT MGMT~~
~~REMOVED PER ENTRY 13~~

PROGRESSIVE ADVANCED INSURANCE
CO CCS
725 CANTON STREET
NORWOOD  MA 02062-2609

PROGRESSIVE SELECT INSURANCE CO
5920 LANDERBROOK DRIVE
CLEVELAND  OH 44124-6506

PROGRESSIVE SELECT INSURANCE COMPANY
CO RATHBONE GROUP  LLC
1250 GRANGER ROAD
BROOKLYN HEIGHTS  OH 44131-1234

QUALIA COLLECTION SEVICES
1444 NORTH MCDOWELL BOULEVARD
PETALUMA  CA 94954-6515

QUANTUM IMAGING  THERAPEUTIC
DEPT 19687
POST OFFICE BOX 1259
OAKS  PA 19456-1259

RADIUS GLOBAL SOLUTIONS LLC
PO BOX390905
MINNEAPOLIS  MN 55439-0905

RECEIVABLES PERFORMANCE MGMT
ATTN BANKRUPTCY
PO BOX 1548
LYNNWOOD  WA 98046-1548

RECOVERY SOLUTIONS
1008 MATTLIND WAY
MILFORD  DE 19963-5300

SANTANDER CONSUMER USA
ATTN BANKRUPTCY
PO BOX 961245
FORT WORTH  TX 76161-0244

SANTANDER CONSUMER USA  INC
DBA CHRYSLER CAPITAL
PO BOX 961275
FORT WORTH  TX 76161-0275

(P)US DEPARTMENT OF HOUSING  URBAN
DEVELOPMENT
ATTN OFFICE OF REGIONAL COUNSEL
THE WANNAMAKER BUILDING
100 PENN SQUARE EAST--11TH FLOOR
PHILADELPHIA PA 19107-3325

~~EXCLUDE~~
~~(D)(P)US DEPARTMENT OF HOUSING  URBAN~~
~~DEVELOPMENT~~
~~ATTN OFFICE OF REGIONAL COUNSEL~~
~~THE WANNAMAKER BUILDING~~
~~100 PENN SQUARE EAST  11TH FLOOR~~
~~PHILADELPHIA PA 19107-3325~~

SOON PARK
5621 LANDOVER ROAD
HYATTSVILLE  MD 20784-1228

SPRINT SOLUTIONS
CO MCCARTHY BURGESS  WOLFF
26000 CANNON ROAD
BEDFORD  OH 44146-1807

STATE FARM LIFE INSURANCE COMPANY
PO BOX 2364
BLOOMINGTON  IL 61702-2364

STATE OF DELAWARE DOT
PO BOX 697
DOVER  DE 19903-0697

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

(P)STATE OF MARYLAND CENTRAL COLLECTION
UNIT
ATTN OFFICE OF THE ATTORNEY GENERAL
300 W PRESTON ST RM 407
BALTIMORE MD 21201-2309

SYNCHRONY BANK
PO BOX 960013
ORLANDO FL 32896-0013

SYSTEMS SERVICES TECH INC
ATTN BANKRUPTCY
4315 PICKETT ROAD
SAINT JOSEPH MO 64503-1600

TRUIST BANK
ATTN SUPPORT SERVICES
PO BOX 85092
RICHMOND VA 23285-5092

TRUIST BANK
PO BOX 1847
WILSON NC 27894-1847

US DEPARTMENT OF HOUSING AND URBAN
DEVELOP
12TH FLOOR 801 MARKET STREET
PHILADELPHIA PA 19107

UPMC PINNACLE
300 HIGHLAND AVENUE
HANOVER PA 17331-2297

UNITED STATES TRUSTEE
US COURTHOUSE
1501 N 6TH ST
HARRISBURG PA 17102-1104

VERIZON WIRELESS
ATTN BANKRUPTCY
500 TECHNOLOGY DR STE 599
WELDON SPRINGS MO 63304-2225

WASHINGTON DC CCU
1101 4TH STREET
2ND FLOOR
WASHINGTON DC 20024-4457

WHITE ROSE CREDIT UNIO
1529 RODNEY ROAD
YORK PA 17408-9716

WHITE ROSE CREDIT UNION
3498 INDUSTRIAL DRIVE
YORK PA 17402-9050

(P)WILBER AND ASSOCIATES
210 LANDMARK DR
NORMAL IL 61761-2119

WILLIAMS FUDGE
PO BOX 11590
ROCK HILL SC 29731-1590

YORK ADAMS TAX BUREAU
POST OFFICE BOX 15627
YORK PA 17405-0156

DEBTOR
ERIK E SANCHEZ
70 MCCLELLAN LANE
HANOVER PA 17331-9327

~~EXCLUDE~~
~~GARY J IMBLUM~~
~~IMBLUM LAW OFFICES PC~~
~~4615 DERRY STREET~~
~~HARRISBURG PA 17111-2660~~

(P)JACK N ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625