UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ERIK E. SANCHEZ<br>　　　　Debtor | : | CHAPTER 13 |
| JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>　　　　Movant | : | |
| vs. | : | |
| ERIK E. SANCHEZ<br>　　　　Respondent | : | CASE NO. 1-24-bk-00065 |

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 21st day of March, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Debtor(s)' plan violates 11 U.S.C. § 1322(a)(2) in that the debtor(s) has not provided for full payment, in deferred cash payments, of all claims entitled to priority under 11 U.S.C. § 507 – estimated tax claim by York Adams Tax Bureau.

2. The Trustee provides notice to the Court as to the ineffectiveness of debtor(s) Chapter 13 Plan for the following reasons:

   a. The Plan contains inappropriate nonstandard provisions(s), contrary to § 1322(b)(11). See *In re Parkman*, 589 B.R. 567, 574 (Bankr. S.D. Miss. 2018); *In re Mank,* No. 19-04199, 2020 WL 1228671 at *2 (Bankr. E.D.N.C. Mar. 3, 2020).

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of debtor(s) plan.

b. Dismiss or convert debtor(s) case.
   c. Provide such other relief as is equitable and just.

          Respectfully submitted:

          Jack N. Zaharopoulos
          Standing Chapter 13 Trustee
          8125 Adams Drive, Suite A
          Hummelstown, PA 17036
          (717) 566-6097

BY:   /s/Agatha R. McHale
       Attorney for Trustee

## CERTIFICATE OF SERVICE

      AND NOW, this   22nd   day of March, 2024, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Gary Imblum, Esquire
4615 Derry Street
Harrisburg, PA   17111

          /s/Deborah A. DePalma
          Office of Jack N. Zaharopoulos
          Standing Chapter 13 Trustee