United States Bankruptcy Court

Middle District of Pennsylvania

| In re: | Case No. 24-00065-HWV |
|---|---|
| Erik E Sanchez | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 5
Date Rcvd: Mar 25, 2024  Form ID: ntcnfhrg  Total Noticed: 93

The following symbols are used throughout this certificate:
**Symbol  Definition**

+ Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^ Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\# Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Erik E Sanchez, 70 McClellan Lane, Hanover, PA 17331-9327 |
| 5588850 | + | Adam R. Wilk Esquire, 10615 Judicial Drive #303, Fairfax, VA 22030-7500 |
| 5590035 | + | Adam Wilk, c/o Rathbone Group, LLC, 1250 Granger Road, Brooklyn Heights, OH 44131-1234 |
| 5588851 | | Advanced Radiology of PA, 26999 Network Place, Chicago, IL 60673-1269 |
| 5588855 | + | Bureau of Account Management, 3607 Rosemont Avenue, Camp Hill, PA 17011-6904 |
| 5588869 | | CSPROF48, PO Box 1280, Oaks, PA 19456-1280 |
| 5588859 | + | Chevy Chase Village, PO Box 10579, Rockville, MD 20849-0579 |
| 5588862 | + | City of Rehoboth Beach, 1 City Hall Drive, PO Box 1163, Rehoboth Beach, DE 19971-0803 |
| 5588870 | + | Dept of Motor Vehicles, PO Box 37135, Washington, DC 20013-7135 |
| 5588873 | | Emergency Medical Assoc - CHC, 29919 Century Blvd, Suite 200, Germantown, MD 20874-1118 |
| 5588875 | + | Franklin & Prokopik PC, 2 N Charles Street, Ste 600, Baltimore, MD 21201-3723 |
| 5588884 | + | Jesse Sanchez, 70 McClellan Lane, Hanover, PA 17331-9327 |
| 5588886 | + | LDC Collection Systems, PO Box 10579, Rockville, MD 20849-0579 |
| 5588887 | + | Levid Valles, 5621 Landover Road, Hyattsville, MD 20784-1228 |
| 5588888 | + | Linebarger Goggan Blair &, Sampson, LLC, 1600 John F Kennedy Blvd, Philadelphia, PA 19103-2852 |
| 5588891 | #+ | McKenzie Capital, 3390 Mary Street, Suite 216, Miami, FL 33133-5258 |
| 5588899 | + | Pinnacle Health, PO Box 826813, Philadelphia, PA 19182-6813 |
| 5588903 | + | Progressive Select Insurance Co, 5920 Landerbrook Drive, Cleveland, OH 44124-6506 |
| 5590036 | + | Progressive Select Insurance Company, c/o Rathbone Group, LLC, 1250 Granger Road, Brooklyn Heights, OH 44131-1234 |
| 5588905 | + | Quantum Imaging & Therapeutic, Dept 19687, Post Office Box 1259, Oaks, PA 19456-1259 |
| 5588907 | #+ | Receivables Performance Mgmt, Attn: Bankruptcy, Po Box 1548, Lynnwood, WA 98046-1548 |
| 5588912 | + | Soon Park, 5621 Landover Road, Hyattsville, MD 20784-1228 |
| 5588914 | + | State Farm Life Insurance Company, PO Box 2364, Bloomington, IL 61702-2364 |
| 5589519 | | U.S. Department of Housing and Urban Development, 12th Floor 801 Market Street, Philadelphia, PA 19107 |
| 5588920 | | UPMC Pinnacle, 300 Highland Avenue, Hanover, PA 17331-2297 |
| 5588922 | + | Washington DC CCU, 1101 4th Street, 2nd Floor, Washington, DC 20024-4457 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5588849 | ^ | MEBN | | |
| | | | Mar 25 2024 18:44:56 | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise, FL 33345-9079 |
| 5588852 | ^ | MEBN | | |
| | | | Mar 25 2024 18:44:01 | Affiliate Asset Solutions LLC, 145 Technology Pkwy NW, Ste 100, Norcross, GA 30092-3536 |
| 5588853 | | Email/Text: EBNProcessing@afni.com | | |
| | | | Mar 25 2024 18:50:00 | Afni, 1310 Martin Luther King Drive, Post Office Box 3068, Bloomington, IL 61702-3068 |
| 5588854 | ^ | MEBN | | |
| | | | Mar 25 2024 18:45:07 | Arcadia, Post Office box 6768, Reading, PA 19610-0768 |
| 5588856 | + | Email/Text: Bankruptcy@BAMcollections.com | | |
| | | | Mar 25 2024 18:49:00 | Bureau of Account Managment, 3607 Rosemont |

| Recipient ID | | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|---|
| | | | | Ave Ste 502, Po Box 8875, Camp Hill, PA 17001-8875 |
| 5588857 | + | Email/Text: payments@brsi.net | Mar 25 2024 18:50:00 | Business Revenue Systems Inc, 2102 S Main Street, Burlington, IA 52601-6528 |
| 5588868 | | Email/Text: correspondence@credit-control.com | Mar 25 2024 18:49:00 | Credit Control, LLC, 8001 Woodland Center Boulevard, Suite 200, Tampa, FL 33614 |
| 5588867 | | Email/Text: correspondence@credit-control.com | Mar 25 2024 18:49:00 | Credit Control, LLC, PO Box 546, Hazelwood, MO 63042 |
| 5588858 | + | Email/Text: bmg.bankruptcy@centurylink.com | Mar 25 2024 18:50:00 | CenturyLink, PO Box 1319, Charlotte, NC 28201-1319 |
| 5588860 | + | Email/Text: jozlin_johnson@staffdefense.com | Mar 25 2024 18:49:00 | Cincinnati Insurance Co, PO Box 145496, Cincinnati, OH 45250-5496 |
| 5588861 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 25 2024 19:00:12 | Citibank/Best Buy, Citicorp Credit Srvs/Centr Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5588863 | + | Email/Text: Collections_Bankruptcies@encoreexchange.com | Mar 25 2024 18:49:00 | Computer Credit, Inc., PO Box 5238, Winston Salem, NC 27113-5238 |
| 5588864 | + | Email/Text: convergent@ebn.phinsolutions.com | Mar 25 2024 18:50:00 | Convergent Outsourcing Inc, 800 SW 39th St, Post Office Box 9004, Renton, WA 98057-9004 |
| 5588865 | + | Email/Text: convergent@ebn.phinsolutions.com | Mar 25 2024 18:50:00 | Convergent Outsourcing, Inc., Attn: Bankruptcy, 800 Sw 39th St, Ste 100, Renton, WA 98057-4927 |
| 5588866 | + | Email/Text: ebnnotifications@creditacceptance.com | Mar 25 2024 18:49:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 5588871 | | Email/Text: mrdiscen@discover.com | Mar 25 2024 18:49:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 5590444 | | Email/Text: mrdiscen@discover.com | Mar 25 2024 18:49:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5588872 | ^ | MEBN | Mar 25 2024 18:44:06 | Dynamic Recovery Solutions, 135 Interstate Boulevard, Greenville, SC 29615-5720 |
| 5588874 | | Email/Text: mary@firstcollect.net | Mar 25 2024 18:49:00 | First Collect, Inc, PO Box 102, Lewes, DE 19958 |
| 5588876 | | Email/Text: reports@halstedfinancial.com | Mar 25 2024 18:49:00 | Halsted Financial Services, PO Box 828, Skokie, IL 60076 |
| 5588881 | ^ | MEBN | Mar 25 2024 18:44:21 | HRRG, PO Box 8486, Pompano Beach, FL 33075-8486 |
| 5588877 | + | Email/Text: lyonsbe2@upmc.edu | Mar 25 2024 18:49:00 | Hanover Hospital/UPMC, 300 Highland Avenue, Hanover, PA 17331-2203 |
| 5588878 | | Email/Text: Harris@ebn.phinsolutions.com | Mar 25 2024 18:50:00 | Harris & Harris Ltd, 111 W Jackson Blvd, Ste 400, Chicago, IL 60604-4135 |
| 5588879 | ^ | MEBN | Mar 25 2024 18:44:52 | Hayt, Hayt & Landau LLC, Meridian Center 1, 2 Industiral Way West, Eatontown, NJ 07724-2279 |
| 5588880 | ^ | MEBN | Mar 25 2024 18:44:40 | Hayt, Hayt & Landau LLC, Post Office Box 500, Eatontown, NJ 07724-0500 |
| 5588847 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 25 2024 18:49:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5588882 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 25 2024 18:48:01 | JCPenney/GECRB, PO Box 965005, Orlando, FL 32896-5005 |
| 5588883 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 25 2024 18:50:00 | Jefferson Capital Systems, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 5597787 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 25 2024 18:50:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5588885 | + | Email/Text: PBNCNotifications@peritusservices.com | | |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Mar 25 2024 18:49:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5596419 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 25 2024 18:49:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5588889 | | Email/Text: amps@manleydeas.com | Mar 25 2024 18:49:00 | MANLEY DEAS KOCHALSKI LLC, Post Office Box 165028, Columbus, OH 43216-5028 |
| 5588890 | + | Email/Text: bknotices@mbandw.com | Mar 25 2024 18:49:00 | McCarthey Burgess Wolff, 26000 Cannon road, Bedford, OH 44146-1807 |
| 5602340 | + | Email/Text: SSTBKNotices@nationalbankruptcy.com | Mar 25 2024 18:49:00 | Medallion Bank, c/o Systems & Services, Technologies, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 5596766 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Mar 25 2024 18:48:34 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 5588892 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 25 2024 18:50:00 | Midland Credit Management, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 5598186 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 25 2024 18:50:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5588893 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 25 2024 18:50:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 5588894 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Mar 25 2024 18:59:37 | Midland Mortgage Co/Midfirst, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 5588895 | ^ | MEBN | Mar 25 2024 18:43:59 | National Enterprise Systems, 2479 Edison Blvd Unit A, Twinsburg, OH 44087-2476 |
| 5588896 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 25 2024 18:50:00 | PA Department of Revenue, Attn: Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5588848 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 25 2024 18:50:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5588897 | | Email/Text: bankruptcies@penncredit.com | Mar 25 2024 18:49:00 | Penn Credit, 2800 Commerce Drive, Harrisburg, PA 17110 |
| 5588898 | | Email/Text: info@phoenixfinancialsvcs.com | Mar 25 2024 18:49:00 | Phoenix Financial Services, 8902 Otis Avenue, Ste 103A, Indianapolis, IN 46216-1077 |
| 5588900 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 25 2024 18:49:00 | Pnc Bank, Attn: Bankruptcy, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 5590795 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 25 2024 18:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5588902 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 25 2024 18:50:00 | Progressive Advanced Insurance, c/o CCS, 725 Canton Street, Norwood, MA 02062-2609 |
| 5588904 | + | Email/Text: clientrelations@optiosolutions.com | Mar 25 2024 18:49:00 | Qualia Collection Sevices, 1444 North McDowell Boulevard, Petaluma, CA 94954-6515 |
| 5588906 | + | Email/Text: ngisupport@radiusgs.com | Mar 25 2024 18:49:00 | Radius Global Solutions LLC, PO Box390905, Minneapolis, MN 55439-0905 |
| 5588908 | + | Email/Text: admin@rsgcollect.com | Mar 25 2024 18:49:00 | Recovery Solutions, 1008 Mattlind Way, Milford, DE 19963-5300 |
| 5588916 | | Email/Text: ccubankruptcy.notices@maryland.gov | Mar 25 2024 18:49:00 | State of MD Central Collection Unit, Fifth Floor Certifications, 300 West Preston Street, Baltimore, MD 21201 |
| 5588909 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 25 2024 18:50:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 5592719 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 25 2024 18:50:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 76161-0275 |
| 5588910 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov Mar 25 2024 18:49:20 | | Secretary of Housing & Urban Develo, 451 Seventh Street SW, Washington, DC 20410-0001 |
| 5588911 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov Mar 25 2024 18:49:20 | | Secretary of Housing and Urban Deve, 451 7th Street SW, Washington, DC 20410-0001 |
| 5588913 | + | Email/Text: bknotices@mbandw.com Mar 25 2024 18:49:00 | | Sprint Solutions, c/o McCarthy Burgess & Wolff, 26000 Cannon Road, Bedford, OH 44146-1807 |
| 5588915 | ^ | MEBN Mar 25 2024 18:45:30 | | State of Delaware DOT, PO Box 697, Dover, DE 19903-0697 |
| 5588917 | + | Email/PDF: ais.sync.ebn@aisinfo.com Mar 25 2024 18:59:38 | | Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 5588918 | + | Email/Text: bankruptcysst@alorica.com Mar 25 2024 18:49:00 | | Systems & Services Tech, Inc., Attn: Bankruptcy, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 5588919 | + | Email/Text: bankruptcy@bbandt.com Mar 25 2024 18:49:00 | | Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| 5590439 | + | Email/Text: bankruptcy@bbandt.com Mar 25 2024 18:49:00 | | Truist Bank, Attn: Support Services, PO Box 85092, Richmond, VA 23285-5092 |
| 5588921 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 25 2024 18:49:00 | | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |
| 5588924 | | Email/Text: bankomail@wilbergroup.com Mar 25 2024 18:49:00 | | Wilber & Assoc PC, 210 Landmark Drive, Normal, IL 61761-2194 |
| 5588923 | + | Email/Text: lconey@whiterosecu.com Mar 25 2024 18:50:00 | | White Rose Credit Unio, 1529 Rodney Road, York, PA 17408-9716 |
| 5590890 | + | Email/Text: lconey@whiterosecu.com Mar 25 2024 18:50:00 | | White Rose Credit Union, 3498 Industrial Drive, York, PA 17402-9050 |
| 5588925 | + | Email/Text: ebn@wfcorp.com Mar 25 2024 18:50:00 | | Williams & Fudge, PO Box 11590, Rock Hill, SC 29731-1590 |
| 5588926 | + | Email/Text: kcm@yatb.com Mar 25 2024 18:49:00 | | York Adams Tax Bureau, Post Office Box 15627, York, PA 17405-0156 |

TOTAL: 67

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5588901 | | Proffessional Account Mgmt, Removed per entry 13 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2024          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gary J Imblum | on behalf of Debtor 1 Erik E Sanchez gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| UNITED STATES BANKRUPTCY COURT |
|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |
| In re: |
| Erik E Sanchez,     Chapter    13 <br> aka Erik Edwardo Sanchez Vazquez, aka Erik Mordan, <br> **Debtor 1**    Case No.    1:24−bk−00065−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**April 17, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: April 24, 2024 <br> Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> Sylvia H. Rambo US Courthouse <br> 1501 N. 6th Street <br> Harrisburg, PA 17102 <br> (717) 901−2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: KarenDavis, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 25, 2024 |

ntcnfhrg (08/21)