In re:  Case No. 24-00065-HWV
Erik E Sanchez  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 5
Date Rcvd: Mar 25, 2024      Form ID: pdf002      Total Noticed: 93

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Erik E Sanchez, 70 McClellan Lane, Hanover, PA 17331-9327 |
| 5588850 | + | Adam R. Wilk Esquire, 10615 Judicial Drive #303, Fairfax, VA 22030-7500 |
| 5590035 | + | Adam Wilk, c/o Rathbone Group, LLC, 1250 Granger Road, Brooklyn Heights, OH 44131-1234 |
| 5588851 | | Advanced Radiology of PA, 26999 Network Place, Chicago, IL 60673-1269 |
| 5588855 | + | Bureau of Account Management, 3607 Rosemont Avenue, Camp Hill, PA 17011-6904 |
| 5588869 | | CSPROF48, PO Box 1280, Oaks, PA 19456-1280 |
| 5588859 | + | Chevy Chase Village, PO Box 10579, Rockville, MD 20849-0579 |
| 5588862 | + | City of Rehoboth Beach, 1 City Hall Drive, PO Box 1163, Rehoboth Beach, DE 19971-0803 |
| 5588870 | + | Dept of Motor Vehicles, PO Box 37135, Washington, DC 20013-7135 |
| 5588873 | | Emergency Medical Assoc - CHC, 29919 Century Blvd, Suite 200, Germantown, MD 20874-1118 |
| 5588875 | + | Franklin & Prokopik PC, 2 N Charles Street, Ste 600, Baltimore, MD 21201-3723 |
| 5588884 | + | Jesse Sanchez, 70 McClellan Lane, Hanover, PA 17331-9327 |
| 5588886 | + | LDC Collection Systems, PO Box 10579, Rockville, MD 20849-0579 |
| 5588887 | + | Levid Valles, 5621 Landover Road, Hyattsville, MD 20784-1228 |
| 5588888 | + | Linebarger Goggan Blair &, Sampson, LLC, 1600 John F Kennedy Blvd, Philadelphia, PA 19103-2852 |
| 5588891 | #+ | McKenzie Capital, 3390 Mary Street, Suite 216, Miami, FL 33133-5258 |
| 5588899 | + | Pinnacle Health, PO Box 826813, Philadelphia, PA 19182-6813 |
| 5588903 | + | Progressive Select Insurance Co, 5920 Landerbrook Drive, Cleveland, OH 44124-6506 |
| 5590036 | + | Progressive Select Insurance Company, c/o Rathbone Group, LLC, 1250 Granger Road, Brooklyn Heights, OH 44131-1234 |
| 5588905 | + | Quantum Imaging & Therapeutic, Dept 19687, Post Office Box 1259, Oaks, PA 19456-1259 |
| 5588907 | #+ | Receivables Performance Mgmt, Attn: Bankruptcy, Po Box 1548, Lynnwood, WA 98046-1548 |
| 5588912 | + | Soon Park, 5621 Landover Road, Hyattsville, MD 20784-1228 |
| 5588914 | + | State Farm Life Insurance Company, PO Box 2364, Bloomington, IL 61702-2364 |
| 5589519 | | U.S. Department of Housing and Urban Development, 12th Floor 801 Market Street, Philadelphia, PA 19107 |
| 5588920 | | UPMC Pinnacle, 300 Highland Avenue, Hanover, PA 17331-2297 |
| 5588922 | + | Washington DC CCU, 1101 4th Street, 2nd Floor, Washington, DC 20024-4457 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5588849 | ^ | MEBN | | |
| | | | Mar 25 2024 18:44:59 | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise, FL 33345-9079 |
| 5588852 | ^ | MEBN | | |
| | | | Mar 25 2024 18:44:03 | Affiliate Asset Solutions LLC, 145 Technology Pkwy NW, Ste 100, Norcross, GA 30092-3536 |
| 5588853 | | Email/Text: EBNProcessing@afni.com | | |
| | | | Mar 25 2024 18:50:00 | Afni, 1310 Martin Luther King Drive, Post Office Box 3068, Bloomington, IL 61702-3068 |
| 5588854 | ^ | MEBN | | |
| | | | Mar 25 2024 18:45:08 | Arcadia, Post Office box 6768, Reading, PA 19610-0768 |
| 5588856 | + | Email/Text: Bankruptcy@BAMcollections.com | | |
| | | | Mar 25 2024 18:49:00 | Bureau of Account Managment, 3607 Rosemont |

| | | | | |
|---|---|---|---|---|
| | | | | Ave Ste 502, Po Box 8875, Camp Hill, PA 17001-8875 |
| 5588857 | + | Email/Text: payments@brsi.net | Mar 25 2024 18:50:00 | Business Revenue Systems Inc, 2102 S Main Street, Burlington, IA 52601-6528 |
| 5588868 | | Email/Text: correspondence@credit-control.com | Mar 25 2024 18:49:00 | Credit Control, LLC, 8001 Woodland Center Boulevard, Suite 200, Tampa, FL 33614 |
| 5588867 | | Email/Text: correspondence@credit-control.com | Mar 25 2024 18:49:00 | Credit Control, LLC, PO Box 546, Hazelwood, MO 63042 |
| 5588858 | + | Email/Text: bmg.bankruptcy@centurylink.com | Mar 25 2024 18:50:00 | CenturyLink, PO Box 1319, Charlotte, NC 28201-1319 |
| 5588860 | + | Email/Text: jozlin_johnson@staffdefense.com | Mar 25 2024 18:49:00 | Cincinnati Insurance Co, PO Box 145496, Cincinnati, OH 45250-5496 |
| 5588861 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 25 2024 18:59:52 | Citibank/Best Buy, Citicorp Credit Srvs/Centr Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5588863 | + | Email/Text: Collections_Bankruptcies@encoreexchange.com | Mar 25 2024 18:49:00 | Computer Credit, Inc., PO Box 5238, Winston Salem, NC 27113-5238 |
| 5588864 | + | Email/Text: convergent@ebn.phinsolutions.com | Mar 25 2024 18:50:00 | Convergent Outsourcing Inc, 800 SW 39th St, Post Office Box 9004, Renton, WA 98057-9004 |
| 5588865 | + | Email/Text: convergent@ebn.phinsolutions.com | Mar 25 2024 18:50:00 | Convergent Outsourcing, Inc., Attn: Bankruptcy, 800 Sw 39th St, Ste 100, Renton, WA 98057-4927 |
| 5588866 | + | Email/Text: ebnnotifications@creditacceptance.com | Mar 25 2024 18:49:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 5588871 | | Email/Text: mrdiscen@discover.com | Mar 25 2024 18:49:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 5590444 | | Email/Text: mrdiscen@discover.com | Mar 25 2024 18:49:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5588872 | ^ | MEBN | Mar 25 2024 18:44:09 | Dynamic Recovery Solutions, 135 Interstate Boulevard, Greenville, SC 29615-5720 |
| 5588874 | | Email/Text: mary@firstcollect.net | Mar 25 2024 18:49:00 | First Collect, Inc, PO Box 102, Lewes, DE 19958 |
| 5588876 | | Email/Text: reports@halstedfinancial.com | Mar 25 2024 18:49:00 | Halsted Financial Services, PO Box 828, Skokie, IL 60076 |
| 5588881 | ^ | MEBN | Mar 25 2024 18:44:20 | HRRG, PO Box 8486, Pompano Beach, FL 33075-8486 |
| 5588877 | + | Email/Text: lyonsbe2@upmc.edu | Mar 25 2024 18:49:00 | Hanover Hospital/UPMC, 300 Highland Avenue, Hanover, PA 17331-2203 |
| 5588878 | | Email/Text: Harris@ebn.phinsolutions.com | Mar 25 2024 18:50:00 | Harris & Harris Ltd, 111 W Jackson Blvd, Ste 400, Chicago, IL 60604-4135 |
| 5588879 | ^ | MEBN | Mar 25 2024 18:44:55 | Hayt, Hayt & Landau LLC, Meridian Center 1, 2 Industiral Way West, Eatontown, NJ 07724-2279 |
| 5588880 | ^ | MEBN | Mar 25 2024 18:44:38 | Hayt, Hayt & Landau LLC, Post Office Box 500, Eatontown, NJ 07724-0500 |
| 5588847 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 25 2024 18:49:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5588882 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 25 2024 18:59:52 | JCPenney/GECRB, PO Box 965005, Orlando, FL 32896-5005 |
| 5588883 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 25 2024 18:50:00 | Jefferson Capital Systems, 16 Mceland Rd, Saint Cloud, MN 56303 |
| 5597787 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 25 2024 18:50:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5588885 | + | Email/Text: PBNCNotifications@peritusservices.com | | |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 25 2024 18:49:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5596419 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 25 2024 18:49:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5588889 | | Email/Text: amps@manleydeas.com | Mar 25 2024 18:49:00 | MANLEY DEAS KOCHALSKI LLC, Post Office Box 165028, Columbus, OH 43216-5028 |
| 5588890 | + | Email/Text: bknotices@mbandw.com | Mar 25 2024 18:49:00 | McCarthey Burgess Wolff, 26000 Cannon road, Bedford, OH 44146-1807 |
| 5602340 | + | Email/Text: SSTBKNotices@nationalbankruptcy.com | Mar 25 2024 18:49:00 | Medallion Bank, c/o Systems & Services, Technologies, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 5596766 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Mar 25 2024 18:59:40 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 5588892 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 25 2024 18:50:00 | Midland Credit Management, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 5598186 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 25 2024 18:50:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5588893 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 25 2024 18:50:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 5588894 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Mar 25 2024 18:59:53 | Midland Mortgage Co/Midfirst, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 5588895 | ^ | MEBN | Mar 25 2024 18:43:59 | National Enterprise Systems, 2479 Edison Blvd Unit A, Twinsburg, OH 44087-2476 |
| 5588896 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 25 2024 18:50:00 | PA Department of Revenue, Attn: Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5588848 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 25 2024 18:50:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5588897 | | Email/Text: bankruptcies@penncredit.com | Mar 25 2024 18:49:00 | Penn Credit, 2800 Commerce Drive, Harrisburg, PA 17110 |
| 5588898 | | Email/Text: info@phoenixfinancialsvcs.com | Mar 25 2024 18:49:00 | Phoenix Financial Services, 8902 Otis Avenue, Ste 103A, Indianapolis, IN 46216-1077 |
| 5588900 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 25 2024 18:49:00 | Pnc Bank, Attn: Bankruptcy, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 5590795 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 25 2024 18:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5588902 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 25 2024 18:50:00 | Progressive Advanced Insurance, c/o CCS, 725 Canton Street, Norwood, MA 02062-2609 |
| 5588904 | + | Email/Text: clientrelations@optiosolutions.com | Mar 25 2024 18:49:00 | Qualia Collection Sevices, 1444 North McDowell Boulevard, Petaluma, CA 94954-6515 |
| 5588906 | + | Email/Text: ngisupport@radiusgs.com | Mar 25 2024 18:49:00 | Radius Global Solutions LLC, PO Box390905, Minneapolis, MN 55439-0905 |
| 5588908 | + | Email/Text: admin@rsgcollect.com | Mar 25 2024 18:49:00 | Recovery Solutions, 1008 Mattlind Way, Milford, DE 19963-5300 |
| 5588916 | | Email/Text: ccubankruptcy.notices@maryland.gov | Mar 25 2024 18:49:00 | State of MD Central Collection Unit, Fifth Floor Certifications, 300 West Preston Street, Baltimore, MD 21201 |
| 5588909 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 25 2024 18:50:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 5592719 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 25 2024 18:50:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 76161-0275 |
| 5588910 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Mar 25 2024 18:49:20 | Secretary of Housing & Urban Develo, 451 Seventh Street SW, Washington, DC 20410-0001 |
| 5588911 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Mar 25 2024 18:49:20 | Secretary of Housing and Urban Deve, 451 7th Street SW, Washington, DC 20410-0001 |
| 5588913 | + | Email/Text: bknotices@mbandw.com | Mar 25 2024 18:49:00 | Sprint Solutions, c/o McCarthy Burgess & Wolff, 26000 Cannon Road, Bedford, OH 44146-1807 |
| 5588915 | ^ | MEBN | Mar 25 2024 18:45:30 | State of Delaware DOT, PO Box 697, Dover, DE 19903-0697 |
| 5588917 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 25 2024 18:49:08 | Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 5588918 | + | Email/Text: bankruptcysst@alorica.com | Mar 25 2024 18:49:00 | Systems & Services Tech, Inc., Attn: Bankruptcy, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 5588919 | + | Email/Text: bankruptcy@bbandt.com | Mar 25 2024 18:49:00 | Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| 5590439 | + | Email/Text: bankruptcy@bbandt.com | Mar 25 2024 18:49:00 | Truist Bank, Attn: Support Services, PO Box 85092, Richmond, VA 23285-5092 |
| 5588921 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 25 2024 18:49:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |
| 5588924 | | Email/Text: bankomail@wilbergroup.com | Mar 25 2024 18:49:00 | Wilber & Assoc PC, 210 Landmark Drive, Normal, IL 61761-2194 |
| 5588923 | + | Email/Text: lconey@whiterosecu.com | Mar 25 2024 18:50:00 | White Rose Credit Unio, 1529 Rodney Road, York, PA 17408-9716 |
| 5590890 | + | Email/Text: lconey@whiterosecu.com | Mar 25 2024 18:50:00 | White Rose Credit Union, 3498 Industrial Drive, York, PA 17402-9050 |
| 5588925 | + | Email/Text: ebn@wfcorp.com | Mar 25 2024 18:50:00 | Williams & Fudge, PO Box 11590, Rock Hill, SC 29731-1590 |
| 5588926 | + | Email/Text: kcm@yatb.com | Mar 25 2024 18:49:00 | York Adams Tax Bureau, Post Office Box 15627, York, PA 17405-0156 |

TOTAL: 67

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5588901 | | Proffessional Account Mgmt, Removed per entry 13 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2024   Signature:   /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gary J Imblum | on behalf of Debtor 1 Erik E Sanchez gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

Rev. 12/01/19

LOCAL BANKRUPTCY FORM 3015-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
**Erik E Sanchez**

CHAPTER 13
CASE NO. 1-23-

☑ ORIGINAL PLAN
___ AMENDED PLAN (Indicate 1st, 2nd, 3rd, etc.)
☑ Number of Motions to Avoid Liens (2)
☐ Number of Motions to Value Collateral

### CHAPTER 13 PLAN

#### NOTICES

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

1. The plan contains nonstandard provisions, set out in § 9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania.   ☑ Included   ☐ Not Included

2. The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor.   ☐ Included   ☑ Not Included

3. The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G.   ☑ Included   ☐ Not Included

#### YOUR RIGHTS WILL BE AFFECTED

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

1. **PLAN FUNDING AND LENGTH OF PLAN.**

   A. **Plan Payments From Future Income**

   1. To date, the Debtor paid $ **0.00** (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base plan is $ **154,000.00**, plus other payments and property stated in § 1B below:

| Start mm/yy | End mm/yy | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
|---|---|---|---|---|---|
| 02/2024 | 08/2028 | $2800.00 | $0.00 | $2800.00 | $154,000.00 |
| 09/2028 | 01/2029 | $0.00 | $0.00 | $0.00 | $0.00 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  | Total Payments: | $154,000.00 |

   2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

4. CHECK ONE: ☐ Debtor is at or under median income. *If this line is checked, the rest of § 1.A.4 need not be completed or reproduced.*

☑ Debtor is over median income. Debtor estimates that a minimum of **$147,720.00** must be paid to allowed unsecured creditors in order to comply with the Means Test.

B. **Additional Plan Funding From Liquidation of Assets/Other**

1. The Debtor estimates that the liquidation value of this estate is $ **0.00** (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

*Check one of the following two lines.*

☑ No assets will be liquidated. *If this line is checked, the rest of § 1.B.2 and complete § 1.B.3 if applicable*

☐ Certain assets will be liquidated as follows:

2. In addition to the above specified plan payments, Debtor shall dedicate to the plan proceeds in the estimated amount of $__ from the sale of property known and designated as __. All sales shall be completed by __. If the property does not sell by the date specified, then the disposition of the property shall be as follows:

3. Other payments from any source(s) (describe specifically) shall be paid to the Trustee as follows:

2. **SECURED CLAIMS.**

A. **Pre-Confirmation Distributions.** *Check one.*

☑ None. *If "None" is checked, the rest of § 2.A need not be completed or reproduced.*

B. **Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor.** *Check one.*

☐ None. *If "None" is checked, the rest of § 2.B need not be completed or reproduced.*

☑ Payments will be made by the Debtor directly to the creditor according to the original contract terms, and without modification of those terms unless otherwise agreed to by the contracting parties. All liens survive the plan if not avoided or paid in full under the plan.

| Name of Creditor | Description of Collateral | Last Four Digits of Account Number |
|---|---|---|
| Credit Acceptance | 2021 Toyota Camry | 9336 |
| Midland Mortgage Co | 70 McClellan Lane Hanover, PA 17331 | 3668 |
| Secretary of Housing and Urban Dev. (no payment until sold) | 70 McClellan Lane, Hanover, Pa 17331 | |

C. **Arrears (Including, but not limited to, claims secured by Debtor's principal residence)**. *Check one.*

☐ None. *If "None" is checked, the rest of § 2.C need not be completed or reproduced.*

☑ The Trustee shall distribute to each creditor set forth below the amount of arrearages in the allowed claim. If post-petition arrears are not itemized in an allowed claim, they shall be paid in the amount stated below. Unless otherwise ordered, if relief from the automatic stay is granted as to any collateral listed in this section, all payments to the creditor as to that

2

collateral shall cease, and the claim will no longer be provided for under § 1322(b)(5) of the Bankruptcy Code:

| Name of Creditor | Description of Collateral | Estimated Pre-petition Arrears to be Cured | Estimated Post-petition Arrears to be Cured | Estimated Total to be paid in plan |
|---|---|---|---|---|
| Midland Mortgage Co | 70 McClellan Lane, Hanover PA 17331 | $0.00 As per POC | $0.00 | $0.00 As per POC |
| Credit Acceptance | 2021 Toyota Camry | 6182.91 As per POC | $0.00 | $6182.91 As per POC |

D. **Other secured claims (conduit payments and claims for which a § 506 valuation is not applicable, etc.)**
☑ None. *If "None" is checked, the rest of § 2.D need not be completed or reproduced.*

E. **Secured claims for which a § 506 valuation is applicable.** *Check one.*

☑ None. *If "None" is checked, the rest of § 2.E need not be completed or reproduced.*

☐ Claims listed in the subsection are debts secured by property not described in § 2.D of this plan. These claims will be paid in the plan according to modified terms, and liens retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under §1328 of the Code. The excess of the creditor's claim will be treated as an unsecured claim. Any claim listed as "$0.00" or "NO VALUE" in the "Modified Principal Balance" column below will be treated as an unsecured claim. The liens will be avoided or limited through the plan or Debtor will file an adversary or other action (select method in last column). To the extent not already determined, the amount, extent or validity of the allowed secured claim for each claim listed below will be determined by the court at the confirmation hearing. Unless otherwise ordered, if the claimant notifies the Trustee that the claim was paid, payments on the claim shall cease.

| Name of Creditor | Description of Collateral | Value of Collateral (Modified Principal) | Interest Rate | Total Payment | Plan, Adversary or Other Action |
|---|---|---|---|---|---|
| None | | | | | |

F. **Surrender of Collateral.** *Check one.*

☐ None. *If "None" is checked, the rest of § 2.F need not be completed or reproduced.*

☑ The Debtor elects to surrender to each creditor listed below the collateral that secures the creditor's claim. The Debtor requests that upon confirmation of this plan or upon approval of any modified plan the stay under 11 U.S.C. §362(a) be terminated as to the collateral only and that the stay under §1301 be terminated in all respects. Any allowed unsecured claim resulting from the disposition of the collateral will be treated in Part 4 below.

| Name of Creditor | Description of Collateral to be Surrendered |
|---|---|
| Systems & Services Tech, Inc. | Recreational Vehicle |

G. **Lien Avoidance.** *Do not use for mortgages or for statutory liens, such as tax liens. Check one.*

☐ None. *If "None" is checked, the rest of § 2.G need not be completed or reproduced.*

☑ The Debtor moves to avoid the following judicial and/or nonpossessory, non-purchase money liens of the following creditors pursuant to § 522(f) (this § should not be used for statutory or consensual liens such as mortgages).

3

| Name of Lien Holder | Midland Credit Mgmt, Inc. |
|---|---|
| Lien Description<br>For judicial lien, include court and docket number | Entered 11/18/2022<br>Judgment Lien |
| Description of the liened property | 70 McClellan Lane Hanover, PA 17331 York County |
| Liened Asset Value | $170,000.00 |
| Sum of Senior Liens | $211,406.47 |
| Exemption Claimed | $0.00 |
| Amount of Lien | $1,929.65 |
| Amount Avoided | $1,929.65 |

| Name of Lien Holder | Midland Credit Mgmt. Inc |
|---|---|
| Lien Description<br>For judicial lien, include court and docket number | Entered 3/05/2023<br>Judgment Lien |
| Description of the liened property | 70 McClellan Lane Hanover, PA 17331 York County |
| Liened Asset Value | $170,000.00 |
| Sum of Senior Liens | $211,406.47 |
| Exemption Claimed | $0.00 |
| Amount of Lien | $2,559.09 |
| Amount Avoided | $2,559.09 |

3. **PRIORITY CLAIMS.**

   A. <u>**Administrative Claims**</u>

   1. <u>Trustee's Fees</u>. Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

   2. <u>Attorney's fees</u>. Complete only one of the following options:

      a. In addition to the retainer of $ **0.00** already paid by the Debtor, the amount of $ **0.00** in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c); or

      b. $ **See 9, Below** per hour, with the hourly rate to be adjusted in accordance with the terms of the written fee agreement between the Debtor and the attorney. Payment of such lodestar compensation shall require a separate fee application with the compensation approved by the Court pursuant to L.B.R. 2016-2(b).

   3. <u>Other</u>. Other administrative claims not included in §§ 3.A.1 or 3.A.2 above.
      *Check one of the following two lines.*

   ☑ None. *If "None" is checked, the rest of § 3.A.3 need not be completed or reproduced.*

   B. <u>**Priority Claims (including, certain Domestic Support Obligations)**</u>

   Allowed unsecured claims, entitled to priority under § 1322(a) will be paid in full unless modified under § 9.

| Name of Creditor | Estimated Total Payment |
|---|---|
| Internal Revenue Service | $0.00 - As per POC |
| PA Department of Revenue | $0.00 - As per POC |
| York Adams Tax Bureau | $0.00 -- As per POC |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 1:24-bk-00065-HWV   Doc 21   Filed 03/27/24   Entered 03/28/24 00:26:00   Desc
Imaged Certificate of Notice   Page 9 of 12

C. **Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B).** *Check one of the following two lines.*

☑ None. *If "None" is checked, the rest of § 3.C need not be completed or reproduced.*

4. **UNSECURED CLAIMS**

   A. **Claims of Unsecured Nonpriority Creditors Specially Classified.**
      *Check one of the following two lines.*

   ☑ None. *If "None" is checked, the rest of § 4.A need not be completed or reproduced.*

   B. **Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of other classes.**

5. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** *Check one of the following two lines.*

   ☐ None. *If "None" is checked, the rest of § 5 need not be completed or reproduced.*

   ☑ The following contracts and leases are assumed (and arrears in the allowed claim to be cured in the plan) or rejected:

| Name of Other Party | Description of Contract or Lease | Monthly Payment | Interest Rate | Estimated Arrears | Total Plan Payment | Assume or Reject |
|---|---|---|---|---|---|---|
| Gitts Run Mini Storage | Lease of Storage Unit; $95.40/mo.; Current (contains miscellaneous household goods, worth approximately $400.00) | $109.00 | 0% | $0.00 | $0.00 | Assume |

6. **VESTING OF PROPERTY OF THE ESTATE.**

   **Property of the estate will vest in the Debtor upon**

   *Check the applicable line:*

   ☐ plan confirmation.
   ☐ entry of discharge.
   ☑ closing of case.

7. **DISCHARGE: (Check one)**

   ☑ The debtor will seek a discharge pursuant to § 1328(a).
   ☐ The debtor is not eligible for a discharge because the debtor has previously received a discharge described in § 1328(f).

8. **ORDER OF DISTRIBUTION:**

If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.

Payments from the plan will be made by the Trustee in the following order:

Level 1: _____
Level 2: _____
Level 3: _____
Level 4: _____

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

Case 1:24-bk-00065-HWV    Doc 21    Filed 03/27/24    Entered 03/28/24 00:26:00    Desc
Imaged Certificate of Notice    Page 10 of 12

Level 5: _____
Level 6: _____
Level 7: _____
Level 8: _____

*If the above Levels are filled in, the rest of § 8 need not be completed or reproduced.* If the above Levels are not filled-in, then the order of distribution of plan payments will be determined by the Trustee using the following as a guide:

| | |
|---|---|
| Level 1: | Adequate protection payments. |
| Level 2: | Debtor's attorney's fees. |
| Level 3: | Domestic Support Obligations. |
| Level 4: | Priority claims, pro rata. |
| Level 5: | Secured claims, pro rata. |
| Level 6: | Specially classified unsecured claims. |
| Level 7: | Timely filed general unsecured claims. |
| Level 8: | Untimely filed general unsecured claims to which the Debtor has not objected. |

9. **NONSTANDARD PLAN PROVISIONS**

**Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)**

**ADDENDUM TO CHAPTER 13 PLAN**

**1A.** If one of the Debtors is not employed at the time of the filing of the Plan, but has the ability to work, Debtors will notify counsel when he (or she) returns to work, and any necessary adjustments to the Plan will be made at that time.

**2(C) & 2(D).** Said amounts are estimated. Debtor will pay the amount as stated in the Proof of Claim unless an objection is filed to the claim, in which case debtor will pay the amount determined by the Court or as agreed to by the parties. Debtor waives the right to object to these claims after the Plan is confirmed.

**2(E).** Amounts stated are estimated. If an objection is filed to a Proof of Claim, payment of the amount determined by the Court or as stipulated to by the parties.

**2F.** The collateral being surrendered is being surrendered in full satisfaction of debt.

**3B.** IRS, PA Department of Revenue and local tax claims - The priority and/or secured portion of a timely filed allowed Proof of Claim relating to tax claims referenced shall be paid in full through the Plan. If an objection is filed to any such claim, the amount of the unsecured priority and secured claim determined by the Court or through agreement of the parties shall be paid in full through the Plan.

Debtor may in the future provide for payment of post petition federal, state and/or local tax claims to the detriment of non priority unsecured claims.

**3A(2).** Attorney fees. Debtor's counsel will bill attorney's time at $295.00 per hour associates time at $235.00 per hour and paralegal time at $135.00 per hour, through December 31, 2023. Effective January 1, 2024, rates increased to $345.00per hour for attorney, $285.00 per hour for associate time and $175.00 per hour for paralegal time. Said hourly fees are subject to change upon reasonable notice to Debtor(s). Debtor's counsel will submit a Fee Application to the Court for approval of fees. Only those fees and costs approved by the Court shall be paid by the Trustee to counsel.

In addition to fees, Debtors will be responsible for expenses, including photo copying, travel (where applicable), postage, court costs, filing fees, and similar expenses which are incurred by counsel in the course of performing services to the Debtors.

Dated: 12-28-23

_____
Gary J. Imblum
Attorney for Debtor

_____
Erik E Sanchez
Debtor

Rev. 12/01/19

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in § 9.