# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

**Gary J. Imblum**
**Jeffrey L. Troutman (of counsel)**

email: gary.imblum@imblumlaw.com

**Telephone**
**717.238.5250**
**Facsimile**
**717.558-8990**

April 25, 2024

<u>**Via ECF Only**</u>

TO:  US BANKRUPTCY COURT - CLERK

RE:     Erik E. Sanchez, aka Erik Edward Sanchez Vazquez, aka Erik Mordan
Chapter 13 Bankruptcy Case No. 1:24-bk-00065-HWV

Dear Clerk:

Please issue a certified Order Avoiding Judicial Lien of Midland Credit Management, Inc. in the above matter.  The Docket Number of the Order is 25.

Very truly yours,

IMBLUM LAW OFFICES,  P.C.

/s/ Gary J. Imblum

Gary J. Imblum

GJI/cvs