**IMBLUM LAW OFFICES, P.C.**

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

April 24, 2024

<u>Via ECF Only</u>

TO: US BANKRUPTCY COURT - CLERK

RE: Erik Sanchez
Chapter 13 - Bankruptcy Case No. 1:24-bk-00065

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The <u>new</u> address is:

CONVERGENT OUTSOURCING INC
ATTN BANKRUPTCY
PO BOX 15283
WILMINGTON DE 19850-5283

The Creditor's <u>previous</u> address was as follows:

CONVERGENT OUTSOURCING INC
ATTN BANKRUPTCY
800 SW 39TH ST STE 100
RENTON WA 98057-4927

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm