United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-00065-HWV |
| Erik E Sanchez | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Apr 23, 2024 | Form ID: pdf010 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2024:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5588892 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 23 2024 18:36:00 | Midland Credit Management, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 5598186 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 23 2024 18:36:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gary J Imblum | on behalf of Debtor 1 Erik E Sanchez gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | |

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>ERIK E. SANCHEZ<br>aka ERIK EDWARDO SANCHEZ VAZQUEZ<br>aka ERIK MORDAN<br>        Debtor | CASE NO. 1:24-bk-00065-HWV<br><br>CHAPTER 13 |
| ERIK E. SANCHEZ<br>aka ERIK EDWARDO SANCHEZ VAZQUEZ<br>aka ERIK MORDAN<br>        Movant | |
| vs. | |
| MIDLAND CREDIT MANAGEMENT, INC.<br>        Respondent | |

## ORDER

Upon consideration of Debtor/Movant's Motion to Avoid the Judicial Lien filed against certain residential real estate owned by the Debtor/Movant situate at 70 McClellan Lane, Hanover, Penn Township, York County, Pennsylvania, filed by Respondent, Midland Credit Management, Inc., to Number 2022-NO-006199 in York County, Pennsylvania, Doc. 22, it is

**ORDERED** that the Motion is **GRANTED** and the Judgment lien to Number 2022-NO-006199 held by Midland Credit Management, Inc. in Debtor's property is avoided. A copy of this Order may be recorded in the York County Prothonotary's Office to evidence avoidance of aforementioned Judgment lien and the Prothonotary is directed to terminate the Judgment in the Judgment indices.

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: April 23, 2024