UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ERIK E SANCHEZ
AKA: ERIK MORDAN, ERIK EDWARDO
SANCHEZ VAZQUEZ     CHAPTER 13

    Debtor(s)

CASE NO: 1-24-00065-HWV

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant
vs.
ERIK E SANCHEZ
AKA: ERIK MORDAN, ERIK EDWARDO
SANCHEZ VAZQUEZ

    Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on May 31, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney Douglas R. Roeder, Esquire, and respectfully represents the following:

1. A Plan was filed on January 11, 2024.

2. A hearing was held and an Order was entered on April 24, 2024 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

    Respectfully submitted,

    /s/ Douglas R. Roeder, Esquire
    Id: 80016
    Attorney for Movant
    Jack N. Zaharopoulos
    Standing Chapter 13 Trustee
    Suite A, 8125 Adams Drive
    Hummelstown, PA 17036
    Phone: 717-566-6097
    email: droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ERIK E SANCHEZ
AKA: ERIK MORDAN, ERIK EDWARDO SANCHEZ VAZQUEZ

Debtor(s)  CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

Movant  CASE NO: 1-24-00065-HWV

ERIK E SANCHEZ
AKA: ERIK MORDAN, ERIK EDWARDO SANCHEZ VAZQUEZ

Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| | |
|---|---|
| Sylvia H. Rambo United States Courthouse<br>Bankruptcy Courtroom 4B<br>1501 North 6th Street<br>Harrisburg, PA 17102 | Date: July 24, 2024<br><br>Time: 09:35 AM |

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Date: May 31, 2024

/s/ Douglas R. Roeder, Esquire
Id: 80016
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ERIK E SANCHEZ<br>AKA: ERIK MORDAN, ERIK EDWARDO<br>SANCHEZ VAZQUEZ | CHAPTER 13 |
| | Debtor(s) | |
| | JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE | CASE NO: 1-24-00065-HWV |
| | Movant | |
| | vs. | |
| | ERIK E SANCHEZ<br>AKA: ERIK MORDAN, ERIK EDWARDO<br>SANCHEZ VAZQUEZ | |
| | Respondent(s) | |

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on May 31, 2024, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served electronically
GARY J. IMBLUM, ESQUIRE
4615 DERRY STREET
HARRISBURG, PA  17111

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA  17102

Served by 1st Class Mail
ERIK E SANCHEZ
70 MCCLELLAN LANE
HANOVER, PA  17331

I certify under penalty of perjury that the foregoing is true and correct.

Date:  May 31, 2024

/s/ Vickie Williams
Office of Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA   17036
Phone:   (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ERIK E SANCHEZ
AKA: ERIK MORDAN, ERIK EDWARDO
SANCHEZ VAZQUEZ

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

ERIK E SANCHEZ
AKA: ERIK MORDAN, ERIK EDWARDO
SANCHEZ VAZQUEZ

    Respondent(s)

CHAPTER 13

CASE NO: 1-24-00065-HWV

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.