In re:  Case No. 24-00065-HWV

Erik E Sanchez  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 5 |
| Date Rcvd: Jul 25, 2024 | Form ID: ordsmiss | Total Noticed: 93 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Erik E Sanchez, 70 McClellan Lane, Hanover, PA 17331-9327 |
| 5627216 | + | 300 W. PRESTON STREET, RM 407, 300 W. PRESTON STREET, RM 500, BALTIMORE, MD 21201-2308 |
| 5588850 | + | Adam R. Wilk Esquire, 10615 Judicial Drive #303, Fairfax, VA 22030-7500 |
| 5590035 | + | Adam Wilk, c/o Rathbone Group, LLC, 1250 Granger Road, Brooklyn Heights, OH 44131-1234 |
| 5588851 | | Advanced Radiology of PA, 26999 Network Place, Chicago, IL 60673-1269 |
| 5588855 | + | Bureau of Account Management, 3607 Rosemont Avenue, Camp Hill, PA 17011-6904 |
| 5588869 | | CSPROF48, PO Box 1280, Oaks, PA 19456-1280 |
| 5588859 | + | Chevy Chase Village, PO Box 10579, Rockville, MD 20849-0579 |
| 5588862 | + | City of Rehoboth Beach, 1 City Hall Drive, PO Box 1163, Rehoboth Beach, DE 19971-0803 |
| 5588864 | | Convergent Outsourcing Inc, Attn Bankruptcy, PO Box 15283, Wilmington, DE 19850-5283 |
| 5588870 | + | Dept of Motor Vehicles, PO Box 37135, Washington, DC 20013-7135 |
| 5588873 | | Emergency Medical Assoc - CHC, 29919 Century Blvd, Suite 200, Germantown, MD 20874-1118 |
| 5588875 | + | Franklin & Prokopik PC, 2 N Charles Street, Ste 600, Baltimore, MD 21201-3723 |
| 5588884 | + | Jesse Sanchez, 70 McClellan Lane, Hanover, PA 17331-9327 |
| 5588886 | + | LDC Collection Systems, PO Box 10579, Rockville, MD 20849-0579 |
| 5588887 | + | Levid Valles, 5621 Landover Road, Hyattsville, MD 20784-1228 |
| 5588888 | + | Linebarger Goggan Blair &, Sampson, LLC, 1600 John F Kennedy Blvd, Philadelphia, PA 19103-2852 |
| 5588899 | + | Pinnacle Health, PO Box 826813, Philadelphia, PA 19182-6813 |
| 5590036 | + | Progressive Select Insurance Company, c/o Rathbone Group, LLC, 1250 Granger Road, Brooklyn Heights, OH 44131-1234 |
| 5588905 | + | Quantum Imaging & Therapeutic, Dept 19687, Post Office Box 1259, Oaks, PA 19456-1259 |
| 5588912 | + | Soon Park, 5621 Landover Road, Hyattsville, MD 20784-1228 |
| 5588914 | + | State Farm Life Insurance Company, PO Box 2364, Bloomington, IL 61702-2364 |
| 5589519 | | U.S. Department of Housing and Urban Development, 12th Floor 801 Market Street, Philadelphia, PA 19107 |
| 5588920 | | UPMC Pinnacle, 300 Highland Avenue, Hanover, PA 17331-2297 |
| 5588922 | + | Washington DC CCU, 1101 4th Street, 2nd Floor, Washington, DC 20024-4457 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5588849 | ^ MEBN | Jul 25 2024 18:34:51 | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise, FL 33345-9079 |
| 5588852 | ^ MEBN | Jul 25 2024 18:34:46 | Affiliate Asset Solutions LLC, 145 Technology Pkwy NW, Ste 100, Norcross, GA 30092-3536 |
| 5588853 | Email/Text: EBNProcessing@afni.com | Jul 25 2024 18:38:00 | Afni, 1310 Martin Luther King Drive, Post Office Box 3068, Bloomington, IL 61702-3068 |
| 5588854 | ^ MEBN | Jul 25 2024 18:34:52 | Arcadia, Post Office box 6768, Reading, PA 19610-0768 |
| 5588855 | ^ MEBN | Jul 25 2024 18:35:05 | Bureau of Account Management, 3607 Rosemont Avenue, Camp Hill, PA 17011-6904 |

| Recip ID | Notice | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5588856 | + | Email/Text: Bankruptcy@BAMcollections.com | Jul 25 2024 18:38:00 | Bureau of Account Managment, 3607 Rosemont Ave Ste 502, Po Box 8875, Camp Hill, PA 17001-8875 |
| 5588857 | + | Email/Text: payments@brsi.net | Jul 25 2024 18:38:00 | Business Revenue Systems Inc, 2102 S Main Street, Burlington, IA 52601-6528 |
| 5588868 | | Email/Text: correspondence@credit-control.com | Jul 25 2024 18:38:00 | Credit Control, LLC, 8001 Woodland Center Boulevard, Suite 200, Tampa, FL 33614 |
| 5588867 | | Email/Text: correspondence@credit-control.com | Jul 25 2024 18:38:00 | Credit Control, LLC, PO Box 546, Hazelwood, MO 63042 |
| 5588858 | + | Email/Text: bmg.bankruptcy@centurylink.com | Jul 25 2024 18:38:00 | CenturyLink, PO Box 1319, Charlotte, NC 28201-1319 |
| 5588860 | + | Email/Text: jozlin_johnson@staffdefense.com | Jul 25 2024 18:38:00 | Cincinnati Insurance Co, PO Box 145496, Cincinnati, OH 45250-5496 |
| 5588861 | + | EDI: CITICORP | Jul 25 2024 22:37:00 | Citibank/Best Buy, Citicorp Credit Srvs/Centr Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5588863 | + | Email/Text: Collections_Bankruptcies@encoreexchange.com | Jul 25 2024 18:38:00 | Computer Credit, Inc., PO Box 5238, Winston Salem, NC 27113-5238 |
| 5588865 | + | EDI: CONVERGENT.COM | Jul 25 2024 22:37:00 | Convergent Outsourcing, Inc., Attn: Bankruptcy, 800 Sw 39th St, Ste 100, Renton, WA 98057-4927 |
| 5588866 | + | Email/Text: ebnnotifications@creditacceptance.com | Jul 25 2024 18:38:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 5588871 | | EDI: DISCOVER | Jul 25 2024 22:37:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 5590444 | | EDI: DISCOVER | Jul 25 2024 22:37:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5588872 | ^ | MEBN | Jul 25 2024 18:34:47 | Dynamic Recovery Solutions, 135 Interstate Boulevard, Greenville, SC 29615-5720 |
| 5588874 | | Email/Text: mary@firstcollect.net | Jul 25 2024 18:38:00 | First Collect, Inc, PO Box 102, Lewes, DE 19958 |
| 5588876 | | Email/Text: reports@halstedfinancial.com | Jul 25 2024 18:38:00 | Halsted Financial Services, PO Box 828, Skokie, IL 60076 |
| 5588881 | ^ | MEBN | Jul 25 2024 18:34:47 | HRRG, PO Box 8486, Pompano Beach, FL 33075-8486 |
| 5588877 | + | Email/Text: lyonsbe2@upmc.edu | Jul 25 2024 18:38:00 | Hanover Hospital/UPMC, 300 Highland Avenue, Hanover, PA 17331-2203 |
| 5588878 | | EDI: PHINHARRIS | Jul 25 2024 22:37:00 | Harris & Harris Ltd, 111 W Jackson Blvd, Ste 400, Chicago, IL 60604-4135 |
| 5588879 | ^ | MEBN | Jul 25 2024 18:34:57 | Hayt, Hayt & Landau LLC, Meridian Center 1, 2 Industiral Way West, Eatontown, NJ 07724-2279 |
| 5588880 | ^ | MEBN | Jul 25 2024 18:34:55 | Hayt, Hayt & Landau LLC, Post Office Box 500, Eatontown, NJ 07724-0500 |
| 5588847 | | EDI: IRS.COM | Jul 25 2024 22:37:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5588882 | + | EDI: SYNC | Jul 25 2024 22:37:00 | JCPenney/GECRB, PO Box 965005, Orlando, FL 32896-5005 |
| 5588883 | | EDI: JEFFERSONCAP.COM | Jul 25 2024 22:37:00 | Jefferson Capital Systems, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 5597787 | | EDI: JEFFERSONCAP.COM | Jul 25 2024 22:37:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5588885 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 25 2024 18:38:00 | Kohls/Capital One, Attn: Credit Administrator, Po |

| | | | | |
|---|---|---|---|---|
| | | | | Box 3043, Milwaukee, WI 53201-3043 |
| 5596419 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 25 2024 18:44:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5588889 | | Email/Text: amps@manleydeas.com | Jul 25 2024 18:38:00 | MANLEY DEAS KOCHALSKI LLC, Post Office Box 165028, Columbus, OH 43216-5028 |
| 5588890 | + | Email/Text: bknotices@mbandw.com | Jul 25 2024 18:38:00 | McCarthey Burgess Wolff, 26000 Cannon road, Bedford, OH 44146-1807 |
| 5602340 | + | Email/Text: SSTBKNotices@nationalbankruptcy.com | Jul 25 2024 18:38:00 | Medallion Bank, c/o Systems & Services, Technologies, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 5596766 | + | EDI: AISMIDFIRST | Jul 25 2024 22:37:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 5588892 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 25 2024 18:38:00 | Midland Credit Management, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 5598186 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 25 2024 18:38:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5588893 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 25 2024 18:38:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 5588894 | + | EDI: AISMIDFIRST | Jul 25 2024 22:37:00 | Midland Mortgage Co/Midfirst, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 5588895 | ^ | MEBN | Jul 25 2024 18:34:57 | National Enterprise Systems, 2479 Edison Blvd Unit A, Twinsburg, OH 44087-2476 |
| 5588896 | + | EDI: PENNDEPTREV | Jul 25 2024 22:37:00 | PA Department of Revenue, Attn: Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5588896 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 25 2024 18:38:00 | PA Department of Revenue, Attn: Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5588848 | | EDI: PENNDEPTREV | Jul 25 2024 22:37:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5588848 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 25 2024 18:38:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5588897 | | Email/Text: bankruptcies@penncredit.com | Jul 25 2024 18:38:00 | Penn Credit, 2800 Commerce Drive, Harrisburg, PA 17110 |
| 5588898 | | Email/Text: info@phoenixfinancialsvcs.com | Jul 25 2024 18:38:00 | Phoenix Financial Services, 8902 Otis Avenue, Ste 103A, Indianapolis, IN 46216-1077 |
| 5588900 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 25 2024 18:38:00 | Pnc Bank, Attn: Bankruptcy, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 5590795 | | EDI: PENNDEPTREV | Jul 25 2024 22:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5590795 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 25 2024 18:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5588902 | + | EDI: CCS.COM | Jul 25 2024 22:37:00 | Progressive Advanced Insurance, c/o CCS, 725 Canton Street, Norwood, MA 02062-2609 |
| 5588903 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Jul 25 2024 18:38:00 | Progressive Select Insurance Co, 5920 Landerbrook Drive, Cleveland, OH 44124-6506 |
| 5588904 | + | Email/Text: clientrelations@optiosolutions.com | Jul 25 2024 18:38:00 | Qualia Collection Sevices, 1444 North McDowell Boulevard, Petaluma, CA 94954-6515 |
| 5588906 | + | Email/Text: ngisupport@radiusgs.com | Jul 25 2024 18:38:00 | Radius Global Solutions LLC, PO Box390905, Minneapolis, MN 55439-0905 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 5588907 | + | Email/Text: Supportservices@receivablesperformance.com | Jul 25 2024 18:38:00 | Receivables Performance Mgmt, Attn: Bankruptcy, Po Box 1548, Lynnwood, WA 98046-1548 |
| 5588908 | + | Email/Text: admin@rsgcollect.com | Jul 25 2024 18:38:00 | Recovery Solutions, 1008 Mattlind Way, Milford, DE 19963-5300 |
| 5588916 | | Email/Text: ccubankruptcy.notices@maryland.gov | Jul 25 2024 18:38:00 | State of MD Central Collection Unit, Fifth Floor Certifications, 300 West Preston Street, Baltimore, MD 21201 |
| 5588909 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 25 2024 18:38:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 5592719 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 25 2024 18:38:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 5588910 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jul 25 2024 18:44:58 | Secretary of Housing & Urban Develo, 451 Seventh Street SW, Washington, DC 20410-0001 |
| 5588911 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jul 25 2024 18:44:58 | Secretary of Housing and Urban Deve, 451 7th Street SW, Washington, DC 20410-0001 |
| 5588913 | + | Email/Text: bknotices@mbandw.com | Jul 25 2024 18:38:00 | Sprint Solutions, c/o McCarthy Burgess & Wolff, 26000 Cannon Road, Bedford, OH 44146-1807 |
| 5588915 | ^ | MEBN | Jul 25 2024 18:34:55 | State of Delaware DOT, PO Box 697, Dover, DE 19903-0697 |
| 5588917 | + | EDI: SYNC | Jul 25 2024 22:37:00 | Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 5588918 | + | Email/Text: bankruptcysst@alorica.com | Jul 25 2024 18:38:00 | Systems & Services Tech, Inc., Attn: Bankruptcy, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 5588919 | + | Email/Text: bankruptcy@bbandt.com | Jul 25 2024 18:38:00 | Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| 5590439 | + | Email/Text: bankruptcy@bbandt.com | Jul 25 2024 18:38:00 | Truist Bank, Attn: Support Services, PO Box 85092, Richmond, VA 23285-5092 |
| 5588921 | + | EDI: VERIZONCOMB.COM | Jul 25 2024 22:37:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |
| 5588924 | | Email/Text: bankomail@wilbergroup.com | Jul 25 2024 18:38:00 | Wilber & Assoc PC, 210 Landmark Drive, Normal, IL 61761-2194 |
| 5588923 | + | Email/Text: lconey@whiterosecu.com | Jul 25 2024 18:38:00 | White Rose Credit Unio, 1529 Rodney Road, York, PA 17408-9716 |
| 5590890 | + | Email/Text: lconey@whiterosecu.com | Jul 25 2024 18:38:00 | White Rose Credit Union, 3498 Industrial Drive, York, PA 17402-9050 |
| 5588925 | + | Email/Text: ebn@wfcorp.com | Jul 25 2024 18:38:00 | Williams & Fudge, PO Box 11590, Rock Hill, SC 29731-1590 |
| 5588926 | + | Email/Text: kcm@yatb.com | Jul 25 2024 18:38:00 | York Adams Tax Bureau, Post Office Box 15627, York, PA 17405-0156 |

TOTAL: 72

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5588901 | | Proffessional Account Mgmt, Removed per entry 13 |
| 5588891 | ##+ | McKenzie Capital, 3390 Mary Street, Suite 216, Miami, FL 33133-5258 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gary J Imblum | on behalf of Debtor 1 Erik E Sanchez gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Erik E Sanchez,  
aka Erik Edwardo Sanchez Vazquez, aka Erik Mordan,

Chapter 13

**Debtor 1**

Case No. 1:24−bk−00065−HWV

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: July 25, 2024

ordsmiss (05/18)