| | |
|---|---|
| From: | USBankruptcyCourts@noticingcenter.com |
| To: | Gary Imblum |
| Subject: | U.S. Bankruptcy Court, Middle District of Pennsylvania - Undeliverable Notice, In re: Erik E Sanchez, Case Number: 24-00065, HWV, Ref: [p-216550480] |
| Date: | Friday, July 26, 2024 12:26:26 PM |
| Attachments: | B_P12400065ordsmiss0136.PDF |

<u>Notice of Undeliverable Mail to Debtor/Debtor's Attorney</u>

July 27, 2024

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: Erik E Sanchez, Case Number 24-00065, HWV

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

                **U.S. Bankruptcy Court**
          **Sylvia H. Rambo US Courthouse**
                **1501 N. 6th Street**
              **Harrisburg, PA 17102**

---

Undeliverable Address:
McKenzie Capital
3390 Mary Street
Suite 216
Miami, FL 33133

Role type/cr id: 5588891
Reason Undeliverable: FORWARDING ADDRESS WITH USPS: 3390 MARY ST STE 310, MIAMI FL 33133-5258 FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

  3390 Mary Street, Ste 310

  Miami FL 33133-5258

Undeliverable Address:
Proffessional Account Mgmt
Removed per entry 13

Role type/cr id: 5588901
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

address removed

_[signature]_ 07 / 29 / 2024

Signature of Debtor or Debtor's Attorney        Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**